UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| OLIVER ARMANDO LOPEZ PEREZ, <br><br> Petitioner, <br><br> v. <br><br> DAVID WESLING, *et al.*, <br><br> Respondents. | No. 1:26-cv-12268-IT |

### STATUS REPORT

Respondents respectfully submit the following status report pursuant to the Court's Order (Doc. No. 7):

The immigration court held a bond hearing on June 5, 2026, at which an immigration judge denied bond on the ground that Petitioner Oliver Armando Lopez Perez "is a flight risk by a preponderance of the evidence and there is no bond amount or alternative to detention that would ameliorate his risk of flight." Ex. 1, Order of the Immigration Judge (June 5, 2026), at 1. Petitioner reserved the right to appeal the immigration judge's order to the Board of Immigration Appeals, and any appeal is due July 5, 2026. *Id*. at 2.

Dated: June 17, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   */s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on June 17, 2026.

*/s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney
