# Exhibit 1



# UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## CHELMSFORD IMMIGRATION COURT

Respondent Name:

    LOPEZ PEREZ, OLIVER ARMANDO

To:

    Hargus, Daniela
    98 N Washington St
    Suite 106
    Boston, MA 02114

A-Number:

■■■■■■■■

Riders:

In Custody Redetermination Proceedings

Date:

06/05/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
The respondent is a flight risk by a preponderance of the evidence and there is no bond amount or alternative to detention that would ameliorate his risk of flight.

☐ Granted. It is ordered that Respondent be:
    ☐ released from custody on his own recognizance.
    ☐ released from custody under bond of $
    ☐ other:

☑ Other:
The Immigration Court held a custody redetermination hearing pursuant to a U.S. District Court habeas order.

Immigration Judge: Dubuc, Luciana 06/05/2026

Appeal:    Department of Homeland Security:  ☑ waived    ☐ reserved
           Respondent:                        ☐ waived    ☑ reserved
Appeal Due: 07/05/2026

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : LOPEZ PEREZ, OLIVER ARMANDO | A-Number : █████████

Riders:

Date: 06/08/2026 By: McPherson, Mariaelena, Court Staff