UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLIVER ARMANDO LOPEZ PEREZ, <br><br> Petitioner, <br><br> v. <br><br> DAVID WESLING, *et al.*, <br><br> Respondents. | No. 1:26-cv-12268-IT |

## STATUS REPORT

Respondents respectfully submit the following status report pursuant to the Court's Order

(Doc. No. 16):

On August 6, 2026, the Court ordered that Respondents immediately release Petitioner

Oliver Armando Lopez Perez by noon on August 7, 2026.  Doc. No. 16 at 5.  U.S. Immigration

and Customs Enforcement informs undersigned counsel that Petitioner was released from

detention at approximately 10:32 a.m. on August 7, 2026.

Dated: August 7, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    */s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on August 7, 2026.

*/s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney
